UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PUBLIC OFFERING PLE ANTITRUST LITIGATION | MBD No. 05 MC-10018 |
| | Case pending in District Court for the Southern District of New York 00 CV - 7804 (LMM) |
| | Oral Argument Requested Pursuant to L.R. 7.1(D) |
| | **AFFIDAVIT IN SUPPORT OF OBJECTION TO MAGISTRATE JUDGE'S ORDER ON MOTION TO QUASH** |

DAVID KOVEL, being duly sworn, says:

1.      I am an associate of the firm of Kirby McInerney & Squire, LLP, counsel for the plaintiffs in the captioned proceeding. I am a member of the bars of the State of New York, United States District Court for the Southern District of New York, and other federal courts. I am submitting this affidavit in support of plaintiffs' objection to the Magistrate Judge's order respecting Mr. Stuart Cable's motion to quash the plaintiffs' subpoena.

2.      Attached hereto are true and complete copies of the following documents:

A.      Magistrate Judge's Order dated March 17, 2005

B.    The operative complaint herein.

C.    The subpoena to Mr. Cable with exhibits.

D.    Letter dated March 11, 2005 from David Kovel to Stephen Townshend.

D-1.    Letter dated March 17, 2005 from Roger W. Kirby to Henry C. Dinger.

E.    Letter dated March 22, 2005 from David Kovel to Hencry C. Dinger.

E-1.    Letter dated March 23, 2005 from Henry C. Dinger to David Kovel.

3.    As the complaint avers (Exh. B, ¶¶1,16, 49-50), and as provided to the Magistrate Judge during oral argument, between 1995 and 1997, 95% IPO's in the $20-80 million range bore the fixed, non-negotiable 7% underwriting fee. In addition, of 8 representations that Mr. Cable referred to in his article (Exh. D of Exh. C hereto), six were in the $20-80 million range. All were priced at 7%.

4.    Plaintiffs did not receive all the papers in respect of the emergency application prior to the hearing. We subsequently received them and noted that the affidavit of service declared that the papers had been served by mail on March 14, 2005. In fact, movant's internal postage meter showed that they were mailed the following day. One of the papers that we did not receive was Mr. Cable's affidavit.

_____
DAVID KOVEL

Sworn to before me this
28th day of March, 2005.

_____
Notary Public

**MARIANNE SADECKI**
**Notary Public, State of New York**
**No. 14-4869982**
**Qualified in Dutchess County**
**Commission Expires Sept. 8, 2006**

3