UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PUBLIC OFFERING PLE ANTITRUST LITIGATION | Civil Action No. 05-CV-10747-WGY |

### DECLARATION OF ROGER W. KIRBY

Roger W. Kirby, under penalty of perjury, hereby declares:

1. I am a partner in the law firm of Kirby McInerney & Squire, LLP. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice*.

2. I am a member of the bars of the State of New York, the United States District Courts for the Southern District of New York, Eastern District of New York and Northern District of New York. I also am a member of the bars of the Second, Third, Fifth, Eighth, Ninth and 11th Circuits, and of the United States Supreme Court.

3. I am a member in good standing in all jurisdictions where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 21st day of April 2005.

_____
Roger W. Kirby