UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PUBLIC OFFERING PLE ANTITRUST LITIGATION | Civil Action No. 05-10747-WGY |

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF
<u>ROGER W. KIRBY AND DAVID E. KOVEL</u>**

Pursuant to Local Rule 83.5.3(b), Andrew C. Griesinger, a member of the bar of this Court, hereby moves this Court for an order allowing Roger W. Kirby and David E. Kovel to appear in this action on behalf of Cordes & Company Financial Services, Inc., Jeffrey A. Weinman and Equalnet Communications Corporation ("Plaintiffs"), the plaintiffs in the underlying action pending in the United States District Court for the Southern District of New York.

As grounds for this motion, the undersigned relies upon the declarations of attorneys Kirby and Kovel submitted herewith and states as follows:

1. Mr. Kirby is a member of the bars of the State of New York and the United States District Courts for the Southern, Eastern and Northern Districts of New York. He is also a member of the bars of the Second, Third, Fifth, Eighth, Ninth and Eleventh Circuits, and of the United States Supreme Court.

2. Mr. Kovel is a member of the bars of the States of New York and Connecticut, and the United States District Courts for the Southern, Eastern, Western, and Northern Districts of New York.

3. Mr. Kirby and Mr. Kovel are members in good standing in all jurisdictions where they have been admitted to practice.

4.   There are no disciplinary proceedings pending against Mr. Mr. Kirby and Mr. Kovel in any jurisdiction.

5.   Mr. Kirby and Mr. Kovel are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.   Counsel for plaintiffs has discussed this matter with counsel for Mr. Cables, and Mr. Cables' counsel does not object to this motion.

Wherefore, Andrew C. Griesinger hereby requests that this Court permit Messrs. Kirby and Kovel to appear before this Court on behalf of the plaintiffs.

                                                   Respectfully submitted,

                                                  /s/ Andrew C. Griesinger
                                                  Andrew C. Griesinger (BBO # 211285)
                                                  Griesinger, Tighe & Maffei, LLP
                                                  176 Federal Street
                                                  Boston, MA  02210-2600
                                                  (617) 542-9900
                                                  (617) 542-0900 (fax)

Dated: April 25, 2005