UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                    Civil Action
                                    No: **05-10747-WGY**

STUART CABLE
Plaintiff

v.

IN RE: PUBLIC OFFERING PLE ANTITRUST LITIGATION
Defendant

ORDER

**YOUNG, C.J.**

      The Motion to Quash the Subpoena having been allowed without sanctions, this case is hereby terminated.

                                    By the Court,

                                    /s/ Elizabeth Smith
                                    _____
                                    **Deputy Clerk**

**May 9, 2005**

**To: All Counsel**