UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PUBLIC OFFERING PLE ANTITRUST LITIGATION | Civil Action No. 05-10747-WGY |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that pursuant to Rule 3 of the Federal Rules of Appellate Procedure, CHS Electronics, Inc., Jeffrey A. Weinman, as trustee for Western Pacific Airlines, Inc., and Equalnet Communications Corp., the plaintiff/respondents in the above-captioned action and plaintiffs in the underlying action pending in the Southern District of New York, hereby appeal to the United States Court of Appeals for the First Circuit from the final Order of the United States District Court for the District of Massachusetts, dated and entered May 3, 2005. The other party to this appeal is Stuart Cable, who is the moving party/petitioner with respect to motions to quash subpoenas served on him.

By their attorneys,

/s/
Andrew C. Griesinger (BBO # 211285)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110-2214
(617) 542-9900

Of Counsel:

**KIRBY McINERNEY & SQUIRE, LLP**
Roger W. Kirby, Esq.
David Kovel, Esq.
830 Third Avenue
New York, NY 10022
(212) 371-6600

Dated: May 11, 2005