UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10747

Stuart Cable

v.

In re Public Offering PLE Antitrust Litigation

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/11/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 12, 2005.

Sarah A, Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/12/05.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10747-WGY

Stuart Cable v. In Re Public Offering PLE Antitrust Litigation
Assigned to: Chief Judge William G. Young
Referred to: Magistrate Judge Judith G. Dein
Cause: No cause code entered

Date Filed: 03/14/2005
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Cordes & Company Financial Services, Inc.**   represented by   **David E. Kovel**
Kirby, McInerney & Squire, LLP
830 Third Avenue
10th Floor
New York, NY 10022
212-371-6600
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney & Squire, LLP
830 Third Avenue
10th Floor
New York, NY 10022
212-371-6600
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Weinman**   represented by   **David E. Kovel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Equalnet Communications Corporation**    represented by **David E. Kovel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Petitioner**

**Stuart Cable**    represented by **Henry C. Dinger**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1276
Fax: 617-227-8591
Email: HDinger@GoodwinProctor.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**In Re Public Offering PLE Antitrust Litigation**    represented by **Andrew C. Griesinger**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
617-542-9914

Fax: 617-542-0900
Email: acg@gtmllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2005 | 1 | MOTION to Quash by Stuart Cable.(Keefe, Deborah) (Entered: 03/16/2005) |
| 03/14/2005 | 2 | MEMORANDUM in Support re 1 MOTION to Quash filed by Stuart Cable. (Keefe, Deborah) Additional attachment(s) added on 3/16/2005 (Keefe, Deborah). (Entered: 03/16/2005) |
| 03/14/2005 |  | Filing fee: $ 39.00, receipt number 62781 (Keefe, Deborah) (Entered: 03/16/2005) |
| 03/16/2005 | 3 | MEMORANDUM in Opposition re 1 MOTION to Quash filed by Stuart Cable. (Attachments: # (1) Exhibit A-C)(Keefe, Deborah) (Entered: 03/16/2005) |
| 03/17/2005 | 4 | Judge Patti B. Saris : Electronic ORDER of Reference to Emergency Magistrate Judge Dein entered. (Keefe, Deborah) (Entered: 03/17/2005) |
| 03/17/2005 | 5 | Judge Judith G. Dein : ORDER entered granting 1 Motion to Quash. (Dambrosio, Jolyne) (Entered: 03/17/2005) |
| 03/17/2005 |  | Clerk's Notes for proceedings held before Judge Judith G. Dein : Motion Hearing held on 3/17/2005 re 1 MOTION to Quash filed by Stuart Cable,.; Telephonic hearing; Attorneys Kirby and Dinger makes arguments and USMJ Dein allowed motion without prejudice. (Court Reporter Tape.) (Quinn, Thomas) (Entered: 03/17/2005) |
| 03/28/2005 | 6 | Objection to 5 Order on Motion to Quash. (Griesinger, Andrew) (Entered: 03/28/2005) |

| | | |
|---|---|---|
| 03/28/2005 | 7 | AFFIDAVIT in Support re 5 Order on Motion to Quash *Affidavit of David Kovel in Support of Objection to Order on Motion to Quash.* (Attachments: # (1) # (2) # (3) # (4) # (5) # (6) # (7)) (Griesinger, Andrew) (Entered: 03/28/2005) |
| 04/13/2005 | 8 | Response by Stuart Cable *Opposition To Plaintiffs' Objection To Order Granting Stuart Cable's Motion To Quash Subpoena.* (Dinger, Henry) (Entered: 04/13/2005) |
| 04/20/2005 | 9 | Motion to quash plaintiff's second subpoena and for attorneys' fees and costs by Stuart Cable.(Diskes, Sheila) (Entered: 04/21/2005) |
| 04/20/2005 | 10 | MEMORANDUM of law in Support re 9 MOTION for Attorney Fees MOTION to Quash filed by Stuart Cable. (Attachments: # 1 Exhibit)(Diskes, Sheila) (Entered: 04/21/2005) |
| 04/22/2005 | 11 | Opposition re 9 MOTION for Attorney Fees MOTION to Quash filed by In Re Public Offering PLE Antitrust Litigation. (Griesinger, Andrew) (Entered: 04/22/2005) |
| 04/22/2005 | 12 | AFFIDAVIT in Opposition re 9 MOTION for Attorney Fees MOTION to Quash. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Griesinger, Andrew) (Entered: 04/22/2005) |
| 04/22/2005 | 13 | DECLARATION *of David E. Kovel* by In Re Public Offering PLE Antitrust Litigation. (Griesinger, Andrew) (Entered: 04/22/2005) |
| 04/22/2005 | 14 | DECLARATION *of Roger W. Kirby* by In Re Public Offering PLE Antitrust Litigation. (Griesinger, Andrew) (Entered: 04/22/2005) |
| 04/25/2005 | 15 | Assented to MOTION for Leave to Appear Pro Hac Vice by Roger W. Kirby and David E. Kovel by In Re Public Offering PLE Antitrust Litigation.(Griesinger, |

| | | |
|---|---|---|
| | | Andrew) (Entered: 04/25/2005) |
| 04/25/2005 | 16 | AFFIDAVIT in Support re 15 Assented to MOTION for Leave to Appear Pro Hac Vice by Roger W. Kirby and David E. Kovel *Affidavit of Roger W. Kirby*. (Griesinger, Andrew) (Entered: 04/25/2005) |
| 04/25/2005 | 17 | AFFIDAVIT in Support re 15 Assented to MOTION for Leave to Appear Pro Hac Vice by Roger W. Kirby and David E. Kovel *Affidavit of David E. Kovel*. (Griesinger, Andrew) (Entered: 04/25/2005) |
| 04/25/2005 | | Filing fee: $ 100.00, receipt number 63739 regarding Motion Pro Hac Vice-Doc. #15 (Bell, Marie) (Entered: 04/25/2005) |
| 04/25/2005 | | Judge William G. Young : Electronic ORDER entered granting 15 Motion for Leave to Appear Pro Hac Vice Added Roger W. Kirby for Equalnet Communications Corporation; Cordes & Company Financial Services, Inc. and Jeffrey Weinman, David E. Kovel for Equalnet Communications Corporation; Cordes & Company Financial Services, Inc. and Jeffrey Weinman. cc/cl. (Bell, Marie) (Entered: 04/25/2005) |
| 05/03/2005 | | Judge William G. Young : Electronic ORDER enter re: 9 Motion to Quash second subpoena and for for Attorney Fees. MOTION ALLOWED. NO SANCTIONS. cc/cl. (Bell, Marie) (Entered: 05/03/2005) |
| 05/09/2005 | 18 | Judge William G. Young : Electronic ORDER entered. re Order on Motion for Attorney Fees, Order on Motion to Quash. The motion having been allowed without sanctions, the case is hereby terminated. cc/cl (Smith, Bonnie) (Entered: 05/09/2005) |
| 05/09/2005 | | Civil Case Terminated. (Smith, Bonnie) (Entered: 05/09/2005) |
| 05/11/2005 | 19 | NOTICE OF APPEAL as to Order on Motion for |

|  |  | Attorney Fees, Order on Motion to Quash by Cordes & Company Financial Services, Inc., Equalnet Communications Corporation. $ 255, receipt number 321 64158 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/31/2005. (Griesinger, Andrew) (Entered: 05/11/2005) |