# United States Court of Appeals
## For the First Circuit

USDC-MA
05-10747

No. 05-1690

IN RE: PUBLIC OFFERING PLE ANTITRUST LITIGATION.

---

JEFFREY A. WEINMAN, AS TRUSTEE FOR WESTERN PACIFIC AIRLINES; EQUALNET COMMUNICATIONS CORPORATION,

Appellants,

v.

STUART CABLE,

Appellee.

---

**JUDGMENT**

Entered: October 20, 2005

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 24 OCT 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day. All parties to bear their own costs.

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. William G. Young and Ms. Sarah Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Holding, Mr. Griesinger, Mr. Kirby, Mr. Kovel, & Mr. Dinger.]