```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Civil Action
 3                                      No. 05-10747-WGY

 4   * * * * * * * * * * * * * * * * *
                                       *
 5   STUART CABLE,                     *
                                       *
 6                                     *
     v.                                * EVIDENTIARY HEARING
 7                                     *
     IN RE: PUBLIC OFFERING PLE        *
 8   ANTITRUST LITIGATION              *
                                       *
 9   * * * * * * * * * * * * * * * *
              BEFORE:  The Honorable William G. Young,
10                     District Judge

11   APPEARANCES:

12
              GOODWIN PROCTER, LLP (By Henry C. Dinger,
13        Esq.), Exchange Place, 53 State Street, Boston,
          Massachusetts 02109-2881, on behalf of Stuart
14        Cable

15            KIRBY, McINERNEY & SQUIRE, LLP (By Roger W.
          Kirby, Esq.), 830 Third Avenue, 10th Floor, New
16        York, New York 10022, on behalf of Cordes &
          Company Financial Services, Inc.,et al.
17
              DAVIS POLK & WARDWELL (By Edmund
18        Polubinski, III, Esq.), 450 Lexington Avenue, New
          York, New York 10017, on behalf of Morgan Stanley
19        Dean Witter & Co., Incorporated

20            SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
          (By Gary A. MacDonald, Esq.), 1440 New York
21        Avenue, N.W., Washington, D.C. 20005-2111, on
          behalf of CIBC World Markets Corp., ING Barings,
22        LLC, ING Baring Furman Selz, LLC and SG Cowen &
          Co.
23

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        December 16, 2005
```

```
 1                        I N D E X

 2
     WITNESS:            DIRECT    CROSS     REDIRECT    RECROSS
 3

 4   STUART CABLE

 5      By the Court        12

 6      By Mr. Kirby        23

 7      By Mr. Polubinski   31

 8                                              FOR        IN
     EXHIBITS:                                  I.D.      EVID.
 9

10   77SMC       Article . . . . . . . . . . . 23

11   78SMC       Excerpts of Prospectuses  . . 28

12   79SMC       Notice of Deposition  . . . . 30

13

14

15

16

17

18

19

20

21

22

23

24

25
```